# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ABDUL-AZIZ RASHID MUHAMMAD,**

      **Plaintiff,**

**v.**                                                             **Civil Action No. 2:07cv18**
                                                               **(Judge Maxwell)**

**HARLEY LAPPIN, et al.,**

      **Defendants.**

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND

This case is before the Court on Plaintiff's Motion to Amend Complaint in which he requests permission to add additional defendants.

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . ." A review of the file in this case shows that a responsive pleading has not yet been served. Accordingly, the plaintiff's Motion to Amend (dckt. 18) is **GRANTED** as a matter of course. The Clerk is directed to add the additional defendants as listed in the plaintiff's motion.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* plaintiff and counsel of record, as applicable.

DATED: February 13, 2008.

                                                *John S. Kaull*
                                                JOHN S. KAULL
                                                UNITED STATES MAGISTRATE JUDGE